SAIED KASHANI SBN 144805
800 W 1st Street Suite 400
Los Angeles, CA  90012
tel. (213) 625 4320
saiedkashani@gmail.com

Attorney for Plaintiffs
GREGORY HANNLEY ET AL.

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| GREGORY HANNLEY ET AL. ) | **CASE NO:  21-cv-02042** |
| ) | |
| Plaintiffs, ) | **NOTICE OF ERRATA AND REQUEST** |
| ) | **NOT TO PROCESS COMPLAINT** |
| v. ) | |
| ) | |
| HOWARD MANN ET AL., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

```
 1      On March 5, 2021, the undersigned counsel inadvertently
 2 filed the complaint in this case assigned number 21-cv-2042.  The
 3 document filed was a draft complaint and was erroneous.  Within
 4 an hour, counsel then filed the correct complaint under case 21-
 5 cv-2043.
 6      Counsel caught the error before Case 21-cv-2042 was
 7 assigned.  The corrected filing was therefore not an attempt to
 8 obtain a different judge assignment.
 9      The undersigned respectfully requests that the complaint
10 filed in case 21-cv-2042 not be processed and that no further
11 action be taken on case 21-cv-2042.
12
   DATED:  March 3, 2021
13                               /s/ Saied Kashani
                                 Saied Kashani
14                               Attorney for Plaintiffs
```